THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT STEVEN MOSHER, Appellant.— Judgment of the County Court, Westchester County, rendered July 9, 1964, affirmed. In our opinion, the sentence imposed was not excessive under the circumstances presented. Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST SANDERS, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Nassau County, rendered May 19, 1964, convicting him of attempted robbery in the first degree and other related crimes, upon a jury verdict, and imposing sentence upon him as a second felony offender. Judgment reversed, on the law, and case remanded to the Supreme Court, Nassau County, for resentencing in accordance herewith. While defendant was informed that he could challenge the contention that he was the person convicted of the prior felony, he was not informed that he could contest the constitutionality of the prior conviction. This was his right (Penal Law, § 1943). He should be resentenced after being so informed (*People* v. *Green,* 25 A D 2d 507; *People* v. *Haley,* 27 A D 2d 984; *People* v. *Mazzella,* 28 A D 2d 809). Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.